**IN THE UNITED STATES BANKRUPTCY COURT**
<u>**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**</u>

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER  13** |
| **Winona Chan Dam** | | |
| **DEBTOR** | : | **BKY. NO. 23-13868-amc** |

<u>O R D E R</u>

AND NOW, this 23rd         day of       January       ,   2024      upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **2/02/2024** to file the necessary Schedules, Plan and Statement of Financial Affairs in the above captioned matter.   NO further extensions will be granted.

By the Court:

_____

Hon.  Ashely M. Chan
U.S. Bankruptcy Court Judge