IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                           :Chapter 13

Winona Chan Dam

    (DEBTOR)                                :Bankruptcy No. 23-13868-amc

**P R A E C I P E**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly amend address of above captioned client to:

        1401 Chanticleer
        Cherry Hill, NJ 08003-4823


Date: January 31, 2024                                    BY: /s/ Michael A. Cibik
                                                                                                MICHAEL A. CIBIK, ESQUIRE
                                                                                                Cibik Law, P.C.
                                                                                                1500 Walnut Street, Suite 900
                                                                                                Philadelphia, PA  19102
                                                                                                215-735-1060/fax 215-735-6769