**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Winona Chan Dam,<br><br>            Debtor | )  CASE NO.: 23-13868-AMC<br>)<br>)<br>)<br>)<br>)  CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I certify that on March 19, 2024, I caused to be served a true and correct copy of the foregoing Objection to Confirmation by electronic mail or by first class mail with postage prepaid on the following:

Via US Mail

Winona Chan Dam
1401 Chanticleer
Cherry Hill, NJ 08003

Via CM / ECF / NEF

MICHAEL A. CIBIK
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com

SCOTT F. WATERMAN
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Robert N.C. Nix Federal Building,
900 Market Street Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

                                                                       */s/ Cathy Bush*
                                                                       4515 N. Santa Fe Ave.,
                                                                       Oklahoma City, OK 73118