UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Winona Chan Dam<br><br>              Debtor | Chapter 13<br>Bankruptcy No.23-13868-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 27th day of June, 2024, by first class mail upon those listed below:

Winona Chan Dam
1401 Chanticleer
Cherry Hill, NJ  08003-4823

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

                                                */s/ Kristen Gliem*
                                                Kristen Gliem
                                                for
                                                Scott F. Waterman, Esquire
                                                Standing Chapter 13 Trustee