Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-13868-AMC**

Winona Chan Dam  
1401 Chanticleer  
Cherry Hill  NJ  08003-4823

Petition Filed Date: 12/22/2023  
341 Hearing Date: 04/05/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2024 | $400.00 | | 02/23/2024 | $400.00 | | 03/25/2024 | $400.00 | |
| 04/22/2024 | $400.00 | | 05/21/2024 | $400.00 | | 06/25/2024 | $400.00 | |
| 07/19/2024 | $400.00 | | | | | | | |

**Total Receipts for the Period: $2,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,854.37 | $0.00 | $0.00 |
| 2 | PHILADELPHIA PARKING AUTHORITY<br>»» 002 | Unsecured Creditors | $101.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $1,447.14 | $0.00 | $0.00 |
| 5 | BMW FINANCIAL SERVICES NA<br>»» 004 | Secured Creditors | $1,313.15 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $535.19 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13868-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,200.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $320.00 | Total Plan Base: | $16,000.00 |
| Funds on Hand: | $2,880.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.