UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Winona Chan Dam,**　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　Case No.23-13868-amc
　　**Debtor**

PRAECIPE TO CHANGE ADDRESS

Please amend the following address on the case mailing list.

Old Address:　　　　　　　　　　　　New Address:

1401 Chanticleer　　　　　　　　　　539 Cascade Court
Cherry Hill, NJ 08003　　　　　　　　Sewell, NJ 08080

Date: September 5, 2024　　　　　　　CIBIK LAW, PC
　　　　　　　　　　　　　　　　　　Attorney for Debtor

　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　Michael A. Cibik, Esquire
　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　215-735-1060