**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 23-13868-AMC |
| | ) | |
| Winona Chan Dam, | ) | |
| | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I certify that on <u>September 23, 2024</u>, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the Court's ECF noticing system, if available otherwise by regular first class mail:

Via US Mail

Winona Chan Dam
539 Cascade Court
Sewell, NJ 08080

Via CM / ECF / NEF

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com

SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

*/s/ Cathy Bush*
4515 N. Santa Fe Ave.,
Oklahoma City, OK 73118