United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Winona Chan Dam

Debtor

Case No. 23-13868-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2024 | Form ID: 155 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Winona Chan Dam, 539 Cascade Court, Sewell, NJ 08080-3017 |
| 14842751 | | Conduent/ACS, Conduet shut down operation 9/1/19 loans, Utica, NY 13504 |
| 14842761 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14842763 | + | Temple Un Ed, Po Box 918, Brookfield, WI 53008-0918 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14842745 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | Nov 01 2024 00:25:18 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 14842746 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Nov 01 2024 00:23:25 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14841918 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Nov 01 2024 00:25:28 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14860788 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Nov 01 2024 00:23:22 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14842748 | | Email/PDF: acg.bmw.ebn@aisinfo.com | | |
| | | | Nov 01 2024 00:25:07 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 14842747 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Nov 01 2024 00:08:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14842749 | | Email/Text: megan.harper@phila.gov | | |
| | | | Nov 01 2024 00:09:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14842750 | | Email/Text: bankruptcy@philapark.org | | |
| | | | Nov 01 2024 00:09:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14842752 | ^ | MEBN | | |
| | | | Nov 01 2024 00:07:37 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 14842753 | | Email/Text: mrdiscen@discover.com | | |
| | | | Nov 01 2024 00:08:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14843013 | | Email/Text: mrdiscen@discover.com | | |
| | | | Nov 01 2024 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14842754 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Nov 01 2024 00:09:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14842755 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Nov 01 2024 00:09:00 | Internal Revenue Service, Centralized Insolvency |

| | | | |
|---|---|---|---|
| | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14842756 | Email/Text: EBN@Mohela.com | Nov 01 2024 00:09:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14842757 | ^ MEBN | Nov 01 2024 00:07:03 | MRS BPO, LLC., Attn: Bankruptcy 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14842758 | Email/Text: fesbank@attorneygeneral.gov | Nov 01 2024 00:09:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14842759 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14842760 | ^ MEBN | Nov 01 2024 00:07:29 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14842762 | Email/Text: bankruptcy@philapark.org | Nov 01 2024 00:09:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14842764 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 01 2024 00:09:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14842765 | ^ MEBN | Nov 01 2024 00:07:06 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Winona Chan Dam help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REGINA COHEN | on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com  mmalone@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-2                          User: admin                                      Page 3 of 3
Date Rcvd: Oct 31, 2024                       Form ID: 155                                Total Noticed: 25

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Winona Chan Dam | ) | Case No. 23−13868−amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 30, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court