Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 23-13868-AMC**

Winona Chan Dam  
539 Cascade Court  
Sewell  NJ   08080

Petition Filed Date: 12/22/2023  
341 Hearing Date: 04/05/2024  
Confirmation Date: 10/30/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2024 | $400.00 | | 09/23/2024 | $400.00 | | 10/22/2024 | $380.00 | |
| 11/22/2024 | $380.00 | | 12/20/2024 | $380.00 | | 01/16/2025 | $380.00 | |
| 02/24/2025 | $380.00 | | 03/19/2025 | $380.00 | | 04/15/2025 | $380.00 | |
| 05/15/2025 | $380.00 | | 06/16/2025 | $380.00 | | 07/22/2025 | $380.00 | |

**Total Receipts for the Period: $4,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,780.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $2,854.37 | $0.00 | $2,854.37 |
| 2 | PHILADELPHIA PARKING AUTHORITY »» 002 | Unsecured Creditors | $101.00 | $0.00 | $101.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $1,447.14 | $1,447.14 | $0.00 |
| 5 | BMW FINANCIAL SERVICES NA »» 004 | Secured Creditors | $15,443.42 | $1,938.16 | $13,505.26 |
| 4 | UNITED STATES TREASURY (IRS) »» 03U | Unsecured Creditors | $535.19 | $0.00 | $535.19 |
| 6 | ACS PROCESSING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT OF EDUCATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF EDUCATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF EDUCATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | US DEPT OF EDUCATION/MOHELA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MRS BPO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13868-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,780.00 | Current Monthly Payment: | $380.00 |
| Paid to Claims: | $7,110.30 | Arrearages: | $0.00 |
| Paid to Trustee: | $669.70 | Total Plan Base: | $22,980.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.