United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 23-13868-amc

Winona Chan Dam                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                   Page 1 of 3

Date Rcvd: Apr 06, 2026                  Form ID: 138OBJ                          Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Winona Chan Dam, 539 Cascade Court, Sewell, NJ 08080-3017 |
| 14842751 | | Conduent/ACS, Conduet shut down operation 9/1/19 loans, Utica, NY 13504 |
| 14842758 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14842761 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14842763 | + | Temple Un Ed, Po Box 918, Brookfield, WI 53008-0918 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 06 2026 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 06 2026 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14842745 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 07 2026 00:07:14 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 14842746 | | Email/PDF: bncnotices@becket-lee.com | Apr 07 2026 00:07:19 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14841918 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 07 2026 00:07:14 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14860788 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 07 2026 00:07:14 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14842748 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 07 2026 00:07:23 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 14842747 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 06 2026 23:59:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14842749 | | Email/Text: megan.harper@phila.gov | Apr 06 2026 23:59:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14842750 | | Email/Text: bankruptcy@philapark.org | Apr 06 2026 23:59:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14842752 | ^ | MEBN | Apr 06 2026 23:58:31 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 14842753 | | Email/Text: mrdiscen@discover.com | Apr 06 2026 23:59:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake |

District/off: 0313-2 | User: admin | Page 2 of 3

Date Rcvd: Apr 06, 2026 | Form ID: 138OBJ | Total Noticed: 27

| | | | | |
|---|---|---|---|---|
| | | | | Cook Rd, Riverwoods, IL 60015-3851 |
| 14843013 | | Email/Text: mrdiscen@discover.com | Apr 06 2026 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14842754 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 06 2026 23:59:00 | Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14842755 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 06 2026 23:59:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14842756 | | Email/Text: EBN@Mohela.com | Apr 06 2026 23:59:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14842757 | ^ | MEBN | Apr 06 2026 23:58:26 | MRS BPO, LLC., Attn: Bankruptcy 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14842759 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 06 2026 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14842760 | ^ | MEBN | Apr 06 2026 23:58:31 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14842762 | | Email/Text: bankruptcy@philapark.org | Apr 06 2026 23:59:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14842764 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 06 2026 23:59:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14842765 | ^ | MEBN | Apr 06 2026 23:58:27 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

**Name** | **Email Address**

MICHAEL A. CIBIK

on behalf of Debtor Winona Chan Dam help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

District/off: 0313-2

User: admin

Page 3 of 3

Date Rcvd: Apr 06, 2026

Form ID: 138OBJ

Total Noticed: 27

REGINA COHEN
on behalf of Creditor BMW Bank of North America rcohen@lavin-law.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 138OBJ* (6/24)–doc 56 – 50

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          )
 Winona Chan Dam     )   Case No. 23–13868–amc
           )
           )
 Debtor(s).       )   Chapter: 13
           )
           )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 6, 2026             For The Court

                      Mohung Wong
                      Clerk of Court