Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Winona Chan Dam
539 Cascade Court
Sewell, NJ 08080

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-13868-AMC**

Petition Filed Date: 12/22/2023
341 Hearing Date: 04/05/2024
Confirmation Date: 10/30/2024

Case Status: Completed on 2/11/2026

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $380.00 | | 09/11/2025 | $380.00 | | 10/22/2025 | $380.00 | |
| 11/20/2025 | $380.00 | | 12/18/2025 | $380.00 | | 02/11/2026 | $16,884.62 | 5823 PI proce |

**Total Receipts for the Period: $18,784.62 Amount Refunded to Debtor Since Filing: $728.11 Total Receipts Since Filing: $26,184.62**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,854.37 | $2,854.37 | $0.00 |
| 2 | PHILADELPHIA PARKING AUTHORITY<br>»» 002 | Unsecured Creditors | $101.00 | $101.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $775.09 | $775.09 | $0.00 |
| 5 | BMW FINANCIAL SERVICES NA<br>»» 004 | Secured Creditors | $15,443.42 | $15,443.42 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $535.19 | $535.19 | $0.00 |
| 6 | ACS PROCESSING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | DEPARTMENT OF EDUCATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | DEPARTMENT OF EDUCATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | DEPARTMENT OF EDUCATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | US DEPT OF EDUCATION/MOHELA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | MRS BPO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Winona Chan Dam | Debtor Refunds | $728.11 | $728.11 | $0.00 |

**Chapter 13 Case No. 23-13868-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,184.62 | Current Monthly Payment: | $380.00 |
| Paid to Claims: | $24,162.18 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,022.44 | Total Plan Base: | $26,184.62 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.